LORETTA E. LYNCH
United States Attorney General

BRIAN J. STRETCH
United States Attorney for the
Northern District of California

THOMAS NEWMAN
Special Attorney to the United States Attorney General

GREGORY BERNSTEIN
CHARLES A. O'REILLY
Trial Attorneys, Department of Justice
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061

Attorneys for the Plaintiff
United States of America

**FILED**
JUL 28 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALENA ALEYKINA, <br><br> Defendant. | CASE NO. 2:16-CR-0142 JAM <br><br> SEALING ORDER <br> [Proposed] |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that that the government's motion, the Indictment, and this Sealing Order in this matter shall be filed under seal until further order of the Court. Nothing in this Order shall prevent the government from providing a copy of Indictment to members of law enforcement, the United States Attorney's Office for the Northern District of California, and to ALENA ALEYKINA and her attorney, when appropriate.

Dated: July 28, 2016

_____
KENDALL J. NEWMAN
United States District Judge