LORETTA E. LYNCH
United States Attorney General

BRIAN J. STRETCH
United States Attorney for the
Northern District of California

THOMAS NEWMAN
Special Attorney to the United States Attorney General

GREG BERNSTEIN
CHARLES A. O'REILLY
Trial Attorneys, Department of Justice
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone:   (408) 535-5061

Attorneys for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   16-cr-142-JAM |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER |
| v. | |
| ALENA ALEYKINA, | |
| Defendant. | |

With the agreement of the parties, the Court enters the following Protective Order:

Defendant is charged with six counts of making and subscribing false income tax returns, in violation of Title 26, United States Code Section 7206(1), one count of corruptly endeavoring to impede the administration of the Internal Revenue laws, in violation of Title 26, United States Code Section 7212(a), one count of theft of public money, in violation of Title 18, United States Code Section 641, and one count of destruction, alteration or falsification of records in federal investigations, in violation of Title 18,

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER
Case No. 16-cr-00142-JAM

- 1 -

14602203.2

United States Code Section 1519. On November 9, 2016, the United States provided a password-encrypted CD ROM containing documents and other materials pertaining to the defendant and the charged offense to defense counsel. Upon entry of this Order, the United States will provide defense counsel with the password. The discovery to be provided includes documents or other materials falling into one or more of the following categories (collectively, "Protected Information"):

1. Personal identifying information of any individual (other than his or her name), including without limitation any person's date of birth, social security number, residence or business address, telephone numbers, email addresses, driver's license number, professional license number, family members names, or criminal histories ("Personal Identifying Information");

2. Financial information of any individual or business, including without limitation bank account numbers, credit or debit card numbers, account passwords, contact information, and taxpayer identification numbers ("Financial Information"); and

3. Return and return information for purposes of Title 26, United States Code Section 6103 (Return Information).

To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

**IT IS HEREBY ORDERED** that defense counsel of record, their investigators, assistants, and employees (collectively, "the defense team") may review with the defendant all discovery material produced by the government, but shall not provide a defendant with copies of, or permit defendant to make copies of, or have unsupervised access to, any discovery material produced by the government that contains Protected Information, unless the Personal Identifying Information, Financial Information, and/or return or return Information has first been **entirely redacted** from the discovery materials. The government and defense counsel are ordered to work together to ensure

that these materials are protected, but that defendant has as much access to the materials as can be provided consistent with this Court's order. Discovery material that clearly pertains to a specific defendant and does not contain Protected Information regarding any other person (*e.g.*, defendant's own bank records, telephone records, and business records) may be provided to that defendant unredacted.

Defense counsel may also provide unredacted copies of Protected Information to any experts retained to assist with the preparation of the defense in the captioned case. The defendant, all members of the defense team, and any experts who receive discovery under this Order shall be provided a copy of this Order along with those materials and shall initial and date the order reflecting their agreement to be bound by it.

The materials provided pursuant to this protective order may only be used for the specific purpose of preparing or presenting a defense in this matter unless specifically authorized by the Court.

This Order shall also apply to any copies made of any materials covered by this Order.

**IT IS FURTHER ORDERED** that neither a defendant nor any member of the defense team shall provide any discovery material produced by the government—whether or not the material constitutes or contains Protected Information within the meaning of this Order—to any third party (*i.e.*, any person who is not a member of the defense team) or make any public disclosure of the same, other than in a court filing, without the government's express written permission or further order of this Court. If a party files a pleading that references or contains or attaches Protected Information subject to this Order, that filing must be under seal.[1]

---

[1] This Order authorizes such filings under seal and the parties are not required to seek additional authorization from the Court to do so.

STIPULATION AND [PROPOSED] PROTECTIVE ORDER - 3 -
Case No. 16-cr-00142-JAM

14602203.2

**IT IS FURTHER ORDERED** that defense counsel shall return materials subject to this Protective Order (including any copies) to the United States within 14 days after whichever event occurs last in time: dismissal of all charges against the defendant; defendant's acquittal; defendant's sentencing; or the conclusion of any direct appeal. After the United States receives documents and materials subject to this Order, it shall maintain those documents and materials until the period for filing a motion under Title 28, United States Code Section 2255 has expired. After the statutory period for filing a motion under Title 28, United States Code Section 2255 has expired, the United States is free to destroy documents and materials subject to this Order. If defendant is represented by counsel and files a motion pursuant to Title 28, United States Code Section 2255, the United States will provide counsel with the documents and materials subject to this Protective Order under the terms of this Order. Defendant's attorney in any motion under Title 28, United States Code Section 2255 shall return the documents and materials subject to this Protective Order within 14 days after the district court's ruling on the motion or 14 days after the conclusion of any direct appeal of the district

[**Remainder of page intentionally left blank**]

court's order denying the motion, whichever is later. This stipulation is without prejudice to either party applying to the Court to modify the terms of any protective order. This Court shall retain jurisdiction to modify this Order upon motion of either party even after the conclusion of district court proceedings in this case.

**IT IS SO STIPULATED**

                              BRIAN J. STRETCH
                              United States Attorney

DATED:   15 November 2016     /s/ *Charles A. O'Reilly*
                              CHARLES A. O'REILLY
                              Trial Attorney

DATED:   15 November 2016     /s/ *Charles A. O'Reilly* for
                              TIMOTHY E. WARRINER
                              Counsel for Defendant

**IT IS SO ORDERED**

DATED:   11/15/2016           /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE