Timothy E. Warriner
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
Alena Aleykina

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 16-cr-00142 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO APRIL 18, 2017, AND EXCLUDING TIME |
| v. | |
| ALENA ALEYKINA, | |
| Defendant, | |

**STIPULATION**

Defendant Alena Aleykina, through counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on April 11, 2017 and time was excluded to that date.

2. By this stipulation, defendants now move to continue the status conference until April 18, 2017 at 9:15 a.m. and to exclude time to that date under Local Code T4 (preparation of counsel). Plaintiff United States of America does not oppose this request.

3. Counsel for defendant is continuing to organize and review the approximate 20,000 pages of discovery, to identify and investigate possible pre-trial motions, and to conduct necessary pre-trial investigations.

4.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 10, 2017 to April 18, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


DATED:     April 4, 2017

/s/ Charles A. O'Reilly_____
U.S. Department of Justice
Tax Division, WCES

DATED:     April 4, 2017

/s/ Timothy E. Warriner
Counsel for Defendant
Alena Aleykina

**O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of April, 2017.

                                     /s/ John A. Mendez_____
                                     UNITED STATES DISTRICT COURT JUDGE