Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Alena Aleykina

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALENA ALEYKINA,<br><br>Defendant. | Case No. 16-cr-00142 JAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING MOTION HEARING |

It is hereby stipulated, by and between counsel, that the date for defendant's motion for a bill of particulars now set for September 21, 2017 be continued to November 20, 2017 at 2:00 p.m. before the Honorable Allison Clair, United States Magistrate Judge (Department 26).

DATED: September 13, 2017        /s/ Timothy E. Warriner, Attorney for
                                 Defendant, Alena Aleykina


DATED: September 13, 2017        /s/ Charles A. O'Reilly, Department
                                 of Justice

1

## ORDER

GOOD CAUSE APPEARING, the court orders that the date for hearing on defendant's motion for a bill of particulars be continued from September 21, 2017 to November 20, 2017 at 2:00 p.m.

DATED: September 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE