1  JEFFERSON SESSIONS
   United States Attorney General
2
3  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
4
   WILLIAM FRENTZEN (LABN 22421)
5  Special Attorney to the United States Attorney General

6  CHARLES A. O'REILLY (CABN 160980)
   Trial Attorney
7  United States Department of Justice

8      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
9      Telephone: (202) 616-0115
       Fax: (415) 436-7009
10     charles.a.o'reilly@usdoj.gov

11 Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal No. CR-16-142-JAM |
|---|---|
| Plaintiff, | **GOVERNMENT'S MOTION TO WITHDRAW ATTORNEYS** |
| v. | |
| ALENA ALEYKINA, | |
| Defendant. | |

The United States, by and through counsel, hereby moves the Court for an order withdrawing Trial Attorney Gregory Bernstein and Assistant United States Attorney Thomas Newman as attorneys of record in this case. Both attorneys have left their

//
//
//
//

respective offices and are no longer available to represent the United States of America in this matter. The United States will continue to be represented by Assistant United States Attorney William Frentzen and Trial Attorney Charles A. O'Reilly.

BRIAN J. STRETCH
United States Attorney

DATED:    19 September 2017      /s/ *Charles A. O'Reilly*
CHARLES A. O'REILLY
Trial Attorney
WILLIAM FRENTZEN
Special Attorney

**IT IS SO ORDERED**

DATED:   9/19/2017           /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE