1  JEFFERSON SESSIONS
   United States Attorney General
2
3  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
4
   WILLIAM FRENTZEN (LABN 22421)
5  Special Attorney to the United States Attorney General

6  CHARLES A. O'REILLY (CABN 160980)
   Trial Attorney
7  United States Department of Justice

8      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
9      Telephone: (202) 616-0115
       Fax: (415) 436-7009
10     Charles.A.O'Reilly@usdoj.gov

11 Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALENA ALEYKINA,<br><br>Defendant. | Criminal No. CR-16-142-JAM<br><br>**GOVERNMENT'S UNOPPOSED MOTION FOR AUTHORIZATION TO DISCLOSE GRAND JURY MATEIRAL, AND FOR PROTECTIVE ORDER** |

The United States, by and through counsel, hereby moves the Court for an Order authorizing the government to disclose grand jury transcripts and exhibits with respect to non-law enforcement witnesses that appeared before the grand jury pursuant to Federal Rule of Criminal Procedure 6 and the *Jenks* Act, Title 18, United States Code Section 3500. The materials provided will be subject to the protective order previously entered by the Court on November 16, 2016. Document 16.

Defendant, through counsel, represented that she does not oppose this motion.

BRIAN J. STRETCH
United States Attorney

DATED:     19 September 2017          /s/ *Charles A. O'Reilly*
CHARLES A. O'REILLY
Trial Attorney
WILLIAM FRENTZEN
Special Attorney

**IT IS SO ORDERED**

DATED:     9/19/2017                  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE