Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Alena Aleykina

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALENA ALEYKINA,<br><br>    Defendant. | Case No. 16-cr-00142 JAM<br><br>STIPULATION AND PROPOSED ORDER CONTINUING MOTION HEARING |

It is hereby stipulated, by and between counsel, that the date for defendant's motion for a bill of particulars now set for November 20, 2017 be continued to January 9, 2018 at 2:00 p.m. before the Honorable Kendall J. Newman, United States Magistrate Judge.

DATED: November 15, 2017        /s/ Timothy E. Warriner, Attorney for Defendant, Alena Aleykina

DATED: November 15, 2017        /s/ Charles A. O'Reilly, Department of Justice

ORDER

GOOD CAUSE APPEARING, the court orders that the date for hearing on defendant's motion for a bill of particulars be continued from November 20, 2017 to January 9, 2018 at 2:00 p.m.

Dated: November 16, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE