Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Alena Aleykina

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALENA ALEYKINA,<br><br>    Defendant. | Case No. 16-cr-00142 JAM<br><br>STIPULATION AND PROPOSED ORDER CONTINUING MOTION HEARING |

It is hereby stipulated, by and between counsel, that the date for defendant's motion for a bill of particulars now set for January 9, 2018 be continued to February 6, 2018 at 2:00 p.m. before the Honorable Kendall J. Newman, United States Magistrate Judge.

DATED: January 2, 2018　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　Defendant, Alena Aleykina

DATED: January 2, 2018　　　　　　　/s/ Charles A. O'Reilly, Department
　　　　　　　　　　　　　　　　　　of Justice

## ORDER

GOOD CAUSE APPEARING, the court orders that the date for hearing on defendant's motion for a bill of particulars be continued from January 9, 2018 to February 6, 2018 at 2:00 p.m.

Dated: January 3, 2018

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE