Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Alena Aleykina

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALENA ALEYKINA,<br><br>    Defendant. | Case No. 16-cr-00142 JAM<br><br>STIPULATION AND ORDER SETTING CASE FOR ENTRY OF PLEA |

It is hereby stipulated, by and between counsel, that this matter be set for entry of plea on March 27, 2018 at 9:15 a.m.

DATED: March 21, 2018          /s/ Timothy E. Warriner, Attorney for Defendant, Alena Aleykina

DATED: March 21, 2018          /s/ Charles A. O'Reilly, Department of Justice

## ORDER

GOOD CAUSE APPEARING, the court orders that the matter be calendared for entry of plea on March 27, 2018 at 9:15 a.m..

DATED: 3/21/2018      /s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE