# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALENA ALEYKINA,<br><br>Defendant. | Criminal No. CR-16-142-JAM |

## ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO DISMISS COUNT SEVEN OF THE SUPERSEDING INDICTMENT

Upon consideration of the United States' unopposed motion for leave to dismiss Count Seven of the Superseding Indictment, it is hereby ORDERED that the United States' motion for leave to dismiss Count Seven of the Superseding Indictment is GRANTED. It is further hereby ORDERED that Count Seven of the Superseding Indictment is DISMISSED.

4-18-2018

_____
Hon. John A. Mendez
United States District Court Judge