Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Alena Aleykina

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALENA ALEYKINA,<br><br>    Defendant. | Case No. 16-cr-00142 JAM<br><br>STIPULATION AND ORDER EXTENDING DEADLINE TO FILE RULE 29 AND RULE 33 MOTIONS |

It is hereby stipulated, by and between counsel, that the deadline for the defendant to file any motion pursuant to Rule 29 of the Federal Rules of Criminal Procedure, and/or any motion for new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure be extended to July 30, 2018.

DATED: June 21, 2018  /s/ Timothy E. Warriner, Attorney for Defendant, Alena Aleykina

DATED: June 21, 2018  /s/ Arthur J. Ewenczyk, Department of Justice

1

## ORDER

PURSUANT TO THE ABOVE STIPULATION, court orders that any defense motions pursuant to Rule 29 and Rule 33 of the Federal Rules of Criminal Procedure shall be filed no later than July 30, 2018.

DATED: 6/22/2018                /s/ John A. Mendez
                                              UNITED STATES DISTRICT JUDGE