Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Alena Aleykina

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALENA ALEYKINA,<br><br>　　　　Defendant. | Case No. 16-cr-00142 JAM<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE FOR JUDGMENT & SENTENCING AND MOTIONS |

It is hereby stipulated, by and between counsel, that the date for judgment and sentencing, and for hearing on defendant's Rule 29 and motion for new trial, be continued from September 25, 2018 to October 16, 2018 at 9:15 a.m. The parties request that the court adopt the following schedule concerning the PSR.

| | |
|---|---|
| Counsel's Written Objections to the PSR Shall be Delivered to the Probation Officer And Opposing Counsel no Later Than: | September 18, 2018 |
| The PSR Shall be Filed with the Court and Disclosed to Counsel no Later Than: | September 25, 2018 |
| Motion for Correction of the PSR Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel No Later Than: | October 2, 2018 |

1

Reply, or Statement of Non-Opposition: October 9, 2018

DATED: August 28, 2018  /s/ Timothy E. Warriner, Attorney for Defendant, Alena Aleykina

DATED: August 28, 2018  /s/ Arthur J. Ewenczyk, Department of Justice

## ORDER

GOOD CAUSE APPEARING, the court continues the date for judgment & sentencing, and for hearing on defendant's motion pursuant to Rule 29 and motion for a new trial, to October 16, 2018, at 9:15 a.m. The court hereby adopts and orders the above schedule concerning the PSR.

DATED: __8/28/2018  _____
/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE