Timothy E. Warriner (SB#166128)
Warriner Law Office
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Alena Aleykina

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALENA ALEYKINA,<br><br>　　　　　　Defendant. | Case No. 16-cr-00142 JAM<br><br>ORDER SEALING DOCUMENTS<br>Local Rule 141(b) |

IT IS HEREBY ORDERED that document 1 is sealed indefinitely. Access to said documents is granted to counsel for the government and to the defendant or her attorney.

DATED: 10/10, 2018

　　　　　　　　　　_____
　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1