KAREN L. LANDAU, CSB # 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)

Attorney for Alena Aleykina

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 16-142-JAM |
| Plaintiff, | ) Eastern California |
| vs. | ) ORDER |
| ALENA ALEYKINA, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that court reporter Kimberly Bennett shall prepare a transcript of the hearing held on March 27, 2018. The *in camera* portion of the transcripts shall be produced to attorney Landau only, and shall remain under seal until further order of this Court.

Dated: 11/9/2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

-1-