```
KAREN L. LANDAU, CSB # 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)

Attorney for Alena Aleykina
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-142-JAM |
| Plaintiff, | |
| vs. | ORDER |
| ALENA ALEYKINA, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that court reporter Diane Shepard shall prepare a transcript of the hearing held on July 17, 2018. The *in camera* portion of the transcripts shall be produced to attorney Landau only, and shall remain under seal until further order of this Court.

Dated: 1/24/2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

-- 1