MONTY WILKINSON
Acting Attorney General

DAVID L. ANDERSON (CABN 149604)
United States Attorney
Northern District of California

WILLIAM FRENTZEN (LABN 24421)
Special Attorney to the United States Attorney General

ARTHUR J. EWENCZYK (NYBN 5263785)
CHARLES A. O'REILLY (CABN 160980)
Trial Attorneys
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (202) 616-2367
    FAX: (415) 436-6753
    Arthur.J.Ewenczyk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-16-142-JAM |
| Plaintiff, | MOTION AND ORDER TO FILE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE FROM CUSTODY [ECF 188] |
| v. | |
| ALENA ALEYKINA, | |
| Defendant. | |

The government hereby moves the Court for an order sealing its Opposition to Defendant's Motion for Compassionate Release from Custody [ECF188]. As grounds therefor, the government submits that the Opposition may contain private medical information.

MOTION TO SEAL AND ORDER
CR-16-142-JAM                        1

1  DATED: January 25, 2021                         Respectfully submitted,

2                                                                  DAVID L. ANDERSON
                                                                   United States Attorney
3

4                                                                  _____/s/_____
                                                                   WILLIAM FRENTZEN
5                                                                  Assistant United States Attorney

6

7                                              **ORDER**

8      Based upon the motion of the government and for good cause shown, IT IS HEREBY

9  ORDERED that the Government's Opposition shall be filed under seal.  This sealing order shall not

10 prevent the Clerk from providing copies of the aforementioned documents to the United States upon

11 request of an attorney for the United States.

12

13 DATED:  January 25, 2021                        /s/ John A. Mendez
                                                   _____
14                                                 THE HONORABLE JOHN A. MENDEZ
                                                   UNITED STATES DISTRICT COURT JUDGE
15

MOTION TO SEAL AND ORDER
CR-16-142-JAM                                       2