MERRICK GARLAND
United States Attorney General

STEPHANIE HINDS (CABN 154284)
Acting United States Attorney
Northern District of California

WILLIAM FRENTZEN (LABN 24421)
Special Attorney to the United States Attorney General

CHARLES A. O'REILLY (CABN 160980)
Trial Attorney
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    FAX: (415) 436-7009
    William.frentzen@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-16-142-JAM |
| Plaintiff, | ORDER GRANTING REQUEST TO SEAL DOCUMENTS |
| v. | |
| ALENA ALEYKINA, | |
| Defendant. | |

Upon request of the United States and good cause having been shown, it is hereby ordered that Exhibit A and B to the United States' Opposition To Defendant's Renewed Motion For Compassionate Release From Custody [ECF 208] shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office and the United States Attorney's Office is permitted to share these

documents as necessary with counsel for the defendant.

IT IS FURTHER ORDERED that absent further order by the Court these documents will remain under seal.

IT IS SO ORDERED.

Dated: 10/21/2021

/s/John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE