MERRICK B. GARLAND
United States Attorney General

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

CHARLES A. O'REILLY (CABN 160980)
Trial Attorney
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (202) 616-0115
    Fax: (415) 436-7009
    charles.a.o'reilly@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALENA ALEYKINA,<br><br>    Defendant. | Criminal No. CR-16-142-JAM<br><br>**GOVERNMENT'S MOTION TO WITHDRAW ATTORNEYS** |

The United States, by and through counsel, hereby moves the Court for an order withdrawing Assistant U.S. Attorneys Kurt Didier and William Frentzen as attorneys of record in this case. Messrs. Didier and Frentzen each has left his office and are no longer available to represent the United States of America in this matter. The United States will continue to be represented by Trial Attorney Charles A. O'Reilly.

                                                STEPHANIE M. HINDS
                                              United States Attorney

DATED:   15 June 2022           /s/ *Charles A. O'Reilly*
                                                CHARLES A. O'REILLY
                                                Trial Attorney

//

//

**IT IS SO ORDERED**

Dated: June 16, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE