MERRICK GARLAND
United States Attorney General

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
Northern District of California

CHARLES A. O'REILLY (CABN 160980)
Trial Attorney
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234

Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>v.<br><br>ALENA ALEYKINA,<br><br>    Movant. | CASE NO. 2:16-cr-142-JAM CKD<br><br>MOTION TO CONTINUE DATE FOR UNITED STATES TO RESPOND TO DEFENDANT'S PRO SE MOTION TO VACATE CONVICTION AND SET ASIDE SENTENCE |

ORDER

For the reasons indicated, and for good cause shown, IT IS HEREBY ORDERED that the time for the government to file a response to movant's motion under 18 U.S.C. § 2255 is extended an additional 60 days, until October 26, 2022.

Dated: August 23, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE