UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent,<br><br>　　v.<br><br>ALENA ALEYKINA,<br><br>　　　　　　Movant. | No.  2:16-cr-0142 JAM CKD P<br><br><br>ORDER |

Movant has filed a motion seeking leave to amend her motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.  Under Federal Rule of Civil Procedure 15(a)(2), the court grants leave to amend "when justice so requires."  Movant has not shown any cause for granting leave to amend.  Accordingly, IT IS HEREBY ORDERED that movant's motion for leave to file an amended § 2255 motion (ECF No. 235) is denied and movant's amended § 2255 motion (ECF No. 236) is stricken.

Dated:  October 19, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
aley0142.lta

1