UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>ALENA ALEYKINA,<br><br>　　　　　Movant. | No.  2:16-cr-0142 TLN CKD P<br><br><br><br>ORDER |

　　　　Movant is proceeding with a motion for habeas corpus relief under 28 U.S.C. § 2255.  On October 27, 2022, movant filed a motion for leave to amend.  While movant did not provide a proposed amended § 2255 motion with her motion for leave to amend, the court assumes movant intended that the proposed amended motion be the one filed by movant on October 12, 2022 and struck by the court on October 20, 2022.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of the Court reinstate the proposed amended 28 U.S.C. § 2255 motion filed October 12, 2022.

　　　　2. Respondent is relieved of the obligation to file a response to movant's original § 2255 motion.

/////

/////

3.  Respondent is granted 21 days within which to file a response to movant's motion for leave to amend.  Movant may file a reply within 14 days of the filing of the response.

Dated:  November 1, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
aley0142.lta