UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ALENA ALEYKINA,<br><br>Movant. | No. 2:16-cr-0142 TLN CKD P<br><br><br><br>ORDER |

Movant has filed a motion seeking leave to amend her 28 U.S.C. § 2255 motion for habeas corpus relief. Respondent does not oppose the motion and, instead, filed a response to the amended motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's motion for leave to amend her 28 U.S.C. § 2255 motion for habeas corpus relief (ECF No. 241) is granted; and

2. Movant's original motion (ECF No. 224) is dismissed. The amended motion (ECF No. 236) stands submitted to the court for findings and recommendations.

Dated:  December 7, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/aley0142.am