UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ALENA ALEYKINA,<br><br>Movant. | No.  2:16-cr-0142 DC CKD P<br><br><br><br>ORDER |

Near the end of movant's amended motion for relief under 28 U.S.C. § 2255 (ECF No. 236 at 57), movant asks that District Court Judge John Mendez recuse himself. As this case is now assigned to District Court Judge Dena Coggins, the request is DENIED as moot.

Dated:  August 6, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
aley0142.rec

1